UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Whiteamire Clinic, P.A., Inc.
                      Plaintiff,

v.                                               Case No.: 1:12–cv–05490
                                              Honorable Andrea R. Wood

Quill Corporation, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 6, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: The parties electronic request to maintain stay pending Seventh Circuit's decision is granted. Case remains stayed until further order of Court. If the Seventh Circuit issues a decision, the parties shall notify the Court of the decision within 3 business days. Status hearing set for 11/8/2018 is stricken and reset for 2/12/2019 at 09:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.